1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL IVAN MOLINA, | ) | Case No. CV 11-7313 VAP(JC) |
| Petitioner, | ) ) | (PROPOSED) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| KELLY HARRINGTON, Warden, | ) ) | JUDGE |
| Respondent. | ) ) ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody and accompanying documents (the "Petition"), all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

1       IT IS ORDERED that Judgment be entered denying the Petition and
2 dismissing this action with prejudice.
3       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
4 Report and Recommendation, and the Judgment herein on counsel for petitioner
5 and respondent.
6       LET JUDGMENT BE ENTERED ACCORDINGLY.

8       DATED: January 13, 2015

10       _____
11       HONORABLE VIRGINIA A. PHILLIPS
      UNITED STATES DISTRICT JUDGE